# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

MATTEO PATISSO,

        *Plaintiff*

v.

CYNTHIA DARRELL,

        *Defendant*

---------------------------------------------------------- X

**CV 24 6514**

**JURY TRIAL DEMANDED**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 12 2024 ★

LONG ISLAND OFFICE

BROWN, J.
LINDSAY, M.J.

RECEIVED
SEP 16 2024
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
SEP 16 '24 AM10:09

## I. INTRODUCTION

1. This civil lawsuit arises from Defendant Cynthia Darrell's willful, intentional, and malicious violations of Plaintiff's constitutional and legal rights, including his right to due process under the Fourteenth Amendment, his right to counsel under the Sixth Amendment, and other federal protections. Defendant's conduct is in clear violation of federal statutes, including but not limited to 18 USC § 1346 (honest services fraud) and 18 USC § 242 (deprivation of rights under color of law).

2. Plaintiff has suffered severe financial, emotional, and legal harm as a direct result of Defendant's actions, entitling him to compensatory and punitive damages for each violation, as well as injunctive relief.

## II. PARTIES

3. Plaintiff, Matteo Patisso, is a resident of Suffolk County, New York, located at 155 Chardonnay Drive, East Quogue, NY 11942.

4. Defendant, Cynthia Darrell, upon information and belief, resides in Suffolk County, New York, and acted under color of law and with deliberate intent to harm Plaintiff in violation of federal and state laws.

## III. JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter pursuant to New York law and the constitutional violations asserted herein arise under federal law, particularly the 14th Amendment, 6th Amendment, 18 USC § 1346, and 18 USC § 242.

6. Venue is proper in Suffolk County as the acts and omissions giving rise to this complaint occurred in Suffolk County, and the Plaintiff and Defendant reside in Suffolk County.

## IV. FACTUAL BACKGROUND

7. On January 30, 2024, a court order was issued in connection with ongoing legal proceedings involving the Plaintiff. The Defendant, in her personal capacity, deliberately manipulated, violated, and circumvented the provisions of this court order.

8. Defendant failed to properly permit legal documents to be served on Plaintiff, in violation of due process requirements under the 14th Amendment. This action deprived Plaintiff of his right to a fair opportunity to present his case and defend his legal interests.

9. Defendant's refusal to ensure Plaintiff's right to counsel, as guaranteed under the 6th Amendment, constitutes a direct violation of federal law. Defendant knowingly acted in a way that obstructed Plaintiff's access to legal representation, impeding his ability to defend himself in court.

10. Defendant further engaged in actions that constitute honest services fraud under 18 USC § 1346 by manipulating legal processes, violating procedural norms, and depriving Plaintiff of the fair and transparent administration of justice to which he is entitled.

11. Additionally, Defendant's actions violated 18 USC § 242 by depriving Plaintiff's rights guaranteed under the Constitution, namely the 6th & 14th Amendments, *under color of law*.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF 14TH AMENDMENT (DUE PROCESS)

12. Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

13. The Defendant, acting under color of state law, violated Plaintiff's right to due process as guaranteed by the 14th Amendment to the United States Constitution by failing to properly serve legal documents and by engaging in conduct that intentionally undermined the judicial process.

14. As a direct result of Defendant's conduct, Plaintiff has suffered damages in an amount of $75,000 for each violation, plus attorney's fees, costs, and punitive damages.

### COUNT II: VIOLATION OF 6TH AMENDMENT (RIGHT TO COUNSEL)

15. Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

16. Defendant intentionally obstructed Plaintiff's right to counsel, in violation of the 6th Amendment to the United States Constitution, by knowingly preventing Plaintiff from accessing legal representation in his defense.

17. As a direct result of Defendant's actions, Plaintiff has suffered damages in an amount of $75,000 for each violation, plus attorney's fees, costs, and punitive damages.

### COUNT III: VIOLATION OF 18 USC § 1346 (HONEST SERVICES FRAUD)

18. Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

19. Defendant's deliberate manipulation of legal processes constitutes a violation of 18 USC § 1346, which protects against the deprivation of honest services.

20. As a direct result of Defendant's fraudulent conduct, Plaintiff has suffered damages in an amount of $75,000 for each violation, plus attorney's fees, costs, and punitive damages.

### COUNT IV: VIOLATION OF 18 USC § 242 (DEPRIVATION OF RIGHTS UNDER COLOR OF LAW)

21. Plaintiff repeats and re-alleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

22. Defendant, acting under color of law, willfully deprived Plaintiff of rights protected under the Constitution, particularly the 6th & 14th Amendments, in violation of 18 USC § 242.

23. As a direct result of Defendant's illegal actions, Plaintiff has suffered damages in an amount of $75,000 for each violation, plus attorney's fees, costs, and punitive damages.

### RELIEF SOUGHT

WHEREFORE, Plaintiff respectfully requests the following relief:

1. Compensatory damages in the amount of $75,000 for each violation of the 14th Amendment, 6th Amendment, 18 USC § 1346, and 18 USC § 242, totaling **$300,000**.

2. Punitive damages to be determined at trial.

3. *Injunctive* relief enjoining Defendant from further violating Plaintiff's constitutional rights.

4. An order awarding Plaintiff attorney's fees, costs, and any other relief the Court deems just and proper.

5. A trial by jury on all claims so triable.

Dated: September 12, 2024

**Respectfully Submitted,**

/s/ Matteo Patisso

Matteo Patisso
155 Chardonnay Drive
East Quogue, NY 11942
(516) 578-3456

**Attorney for Plaintiff:** Pro Se